

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00298-CV

DONALD BRITTON, Appellant

v.

FORT WORTH DENTAL INSTITUTE, PLLC, AND FAST NEW SMILES OF FORT WORTH, LLC, Appellees

§   On Appeal from the 348th District Court

§   of Tarrant County (348-344232-23)

§   November 6, 2025

§   Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
          Justice Brian Walker